**Order entered June 7, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00304-CV

**ALLANTEE HOLDINGS, INC., ET AL., Appellants**

**V.**

**HAMMERSMITH REALTY, INC., Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-06138**

## ORDER

Before the Court is appellee's June 5, 2019 unopposed motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **July 19, 2019**.

/s/      KEN MOLBERG
            JUSTICE